UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MITCHELL E. WHARTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AZENTA, INC., a foreign profit corporation,<br><br>　　　　Defendant. | Case No. 3:23-cv-5863-DGE<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY COMPLETION DATE FOR RULE 30(b)(6) DEPOSITION ONLY** |

THIS MATTER having come be the Court on the parties' Joint Stipulation to Extend Discovery Completion Date for Rule 30(b)(6) Deposition Only, and the Court having reviewed the Motion,

IT IS HEREBY ORDERED that the deadline to complete the depositions of 30(b)(6) deposition of Defendant's representative is extended to April 30, 2025, and all other deadlines set forth in the Order Setting Trial Dates and Related Dates remain unchanged.

DATED this 14th day of April 2025.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　The Honorable David G. Estudillo